[No. 29155-6-I. Division One. November 22, 1993.]

W. BERNARD BAUMAN, ET AL, *Appellants*, v. CAREUNIT HOSPITAL OF KIRKLAND, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-16041-2, Donald D. Haley, J., entered July 15, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 31079-8-I. Division One. November 22, 1993.]

*In the Matter of the Marriage of* KATHLEEN LYNN HOOD, *Respondent, and* GEORGE ALBERT HOOD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. D0092303, James D. McCutcheon, J., entered June 12, 1992. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Forrest and Baker, JJ.

[No. 14050-1-II. Division Two. November 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLOTTE MARIE EDWARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-1-03401-1, Robert H. Peterson, J., entered June 4, 1990. *Affirmed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Alexander, C.J., and Seinfeld, J.

[No. 14666-5-II. Division Two. November 23, 1993.]

JULIE A. TONEY, *Respondent*, v. JOHN R. TONEY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Lewis County, No. 90-2-00449-8, H. John Hall, J., entered January 4, 1991. *Affirmed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Morgan, J.